# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEPHANIE HUMPHRIES,**
Appellant,

v.

**THOMAS M. BATES, ESQ.,**
as curator of the Estate of Charles Jerry Moore a/k/a Charles J. Moore,
Appellee.

No. 4D16-3591

[October 19, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502011 CP001725XXXXMB.

Frank J. Blotney, Jr. of Bull & Blotney LLP, West Palm Beach, for appellant.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***